FILED

01/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0078

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0078

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

STANLEY JOSEPH OLIVER,

      Defendant and Appellant.

## ORDER

     Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

     IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including February 14, 2022, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 7 2022